**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| CHARGE FUSION TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:21-CV-1078-ADA |
| TESLA, INC., | § § | |
| Defendant. | § § § | |

### JOINT MOTION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, the above-captioned action was filed by Plaintiff Charge Fusion Technologies, LLC ("Charge Fusion") against Defendant Tesla, Inc. ("Tesla" and together with Charge Fusion, the "Parties") in the United States District Court for the Western District of Texas, Waco Division, on October 15, 2021;

WHEREAS, in the above-captioned action, Charge Fusion alleges that certain of Tesla's products infringe U.S. Patent Nos. 9,853,488, 10,819,135, and 10,998,753;

WHEREAS, Tesla alleges that its likely witnesses are located in Tesla's Palo Alto, California facilities;

WHEREAS, on December 1, 2021, Tesla moved its headquarters from Palo Alto, California to Austin, Texas;

WHEREAS, Tesla's witnesses can use and work from Tesla's Austin headquarters while participating in case-related activities in the above-captioned action in the United States District Court for the Western District of Texas, Austin Division;

WHEREAS, it is more convenient for the Parties and witnesses to participate in the above-captioned action in the United States District Court for the Western District of Texas, Austin Division;

WHEREAS, the Parties agree that upon the transfer of the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, that neither Party will seek a transfer of this action to any other district or division; and

WHEREAS, the Parties agree that the current Scheduling Order entered in the above-captioned action (D.I. 35) is vacated in light of the Parties' Joint Motion to Transfer Venue to the Austin Division.

NOW, THEREFORE, Charge Fusion and Tesla, through each Party's respective counsel, jointly move this Court to enter an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the Parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(b).  Charge Fusion and Tesla request that an Order be entered directing the Clerk of Court to transfer the above-captioned case to the United States District Court for the Western District of Texas, Austin Division.

Dated: May 5, 2022

/s/ Frederick A. Tecce
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnette.com
Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@carterarnett.com
Michael Pomeroy
Texas Bar No. 24098952
mpomeroy@carterarnett.com
Theresa Dawson
Texas Bar No. 24065128
tdawson@carterarnett.com
Nathan Cox
Texas Bar No. 24105751
ncox@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

Frederick A. Tecce
(admitted *Pro Hac Vice*)
fred.tecce@altimaadvisors.com
Pennsylvania Bar Number 47298
ALTIMA ADVISORS/ATTORNEYS, LLC
One Liberty Place – 55th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone No. (215) 268-7525
Facsimile No. (215) 268-7526

*Attorneys for Plaintiff Charge Fusion Technologies, LLC*

Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus
SBN: 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: 903-581-2543

Michael A. Berta (admitted *pro hac vice*)
Ryan Casamiquela (admitted *pro hac vice*)
michael.berta@arnoldporter.com
ryan.casamiquela@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

Nicholas H. Lee (admitted *pro hac vice*)
Daniel Shimell (admitted *pro hac vice*)
nicholas.lee@arnoldporter.com
daniel.shimell@arnoldpoter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4156

Mark Samartino (admitted *pro hac vice*)
mark.samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602-4231
Tel: 312-583-2437

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Deron Dacus*
Deron Dacus
