IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHARGE FUSION TECHNOLOGIES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>TESLA, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§  Civil Case No. 6:21-cv-1078-ADA<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON TRANSFER TO AUSTIN DIVISION

Before the Court is the Parties' Joint Motion to Transfer to the Austin Division pursuant to 28 U.S.C. § 1404(b). Having considered the joint motion, the Court hereby GRANTS the Parties' request to transfer the above-captioned case to the Austin Division. It is therefore ORDERED that the above-captioned case is transferred in its entirety to the Austin Division. All dates set forth in the Scheduling Order (D.I. 35) are hereby VACATED.

Signed this _____ day of _____, 2022.

BY THE COURT

_____
The Honorable U.S. District Judge Alan Albright