**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

CHARGE FUSION TECHNOLOGIES,  §
LLC                          §
                             §
     *Plaintiff,*         §
                             §   Civil Case No. 6:21-cv-1078-ADA
     v.                  §
                             §
TESLA, INC.,                 §
                             §
     *Defendant.*        §

## <u>ORDER ON TRANSFER TO AUSTIN DIVISION</u>

Before the Court is the Parties' Joint Motion to Transfer to the Austin Division pursuant to 28 U.S.C. § 1404(b).  Having considered the joint motion, the Court hereby GRANTS the Parties' request to transfer the above-captioned case to the Austin Division.  It is therefore ORDERED that the above-captioned case is transferred in its entirety to the Austin Division.  All dates set forth in the Scheduling Order (D.I. 35) are hereby VACATED.

Signed this 11th day of May, 2022.

BY THE COURT

The Honorable U.S. District Judge Alan Albright