UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARGE FUSION TECHNOLOGIES, LLC, | § § § | No. 1:22-cv-00488-DAE |
| *Plaintiff,* | § § | |
| vs. | § § | |
| TESLA, INC., | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the status of the above-captioned case.  On May 27, 2026, the Court lifted the stay that has been in place for over three years.  (Dkt. # 113.)  As discussed at the status conference held before the undersigned on October 31, 2024, both parties have fully briefed claim construction and now await a Markman hearing.  (See Dkt. # 102.)  Due to the undersigned's heavy caseload and in the interest of expediting the case as indicated at the 2024 status conference, the Markman hearing will be held before U.S. Magistrate Judge Susan Hightower, pursuant to Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas.  The hearing will be set by separate order.

1

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, May 29, 2026.

_____

David Alan Ezra
Senior United States District Judge